STATE OF NEW JERSEY v. HERMAN BURT.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY DAVIS.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT J. SMITH.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. TODD FEATHERSTONE.

May 24, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID A. COOPER.

May 24, 1988.

Petition for certification denied.